**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed August 13, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00542-CV

### IN RE AQUILA NORVELL, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-70099**

## MEMORANDUM OPINION

On August 3, 2020, relator Aquila Norvell filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Linda Marie Dunson, presiding judge of the 309th District Court of Harris County, to vacate her July 10, 2020 order appointing relator as the child's temporary possessory

conservator and appointing the child's great-grandmother as the temporary sole managing conservator.

We dismiss without prejudice to refiling relator's petition for a writ of mandamus for noncompliance with the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.5 (certificate of service), 52.3(j) (certification), 52.3(k) (appendix), 52.7 (record).

PER CURIAM

Panel consists of Justices Spain, Hassan, and Poissant.